EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
09/03/15
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERT MORA,<br><br>    Defendant. | No. CV 15-06644 SVW (Ex)<br><br>FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST ALBERT MORA |

Pursuant to the "STIPULATION FOR ENTRY OF FINAL JUDGMENT OF INJUNCTION AGAINST ALBERT MORA" filed concurrently herewith:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

    1. The court has jurisdiction over ALERBT MORA (hereinafter "defendant") and over the subject matter of the proposed action pursuant to 28 U.S.C. §§ 1340 and 1345.

    2. Defendant does not admit to any of the other allegations of the complaint, but has voluntarily consented to the entry of a "FINAL JUDGMENT OF INJUNCTION" against him and agrees to be bound by its terms.

    3. Pursuant to 26 U.S.C. §§ 7402 and 7407, defendant, individually, or acting through or by any other name or entity, representatives, agents, employees, attorneys,

1

and anyone in active participation with him, is enjoined from directly or indirectly,

    a. Engaging in activity subject to penalty under 26 U.S.C. §§ 6700, 6701, 6694 and 6695, i.e., aiding, assisting in, procuring, or advising with respect to the preparation of any portion of a return, affidavit, claim, or other document, when defendant knows or has reason to know that portions will be used in connection with a material matter arising under the federal tax law, and defendant knows that the relevant portion will result in the material understatement of the liability for the tax of another person (with the exception of himself and his legal spouse);

    b. Aiding or assisting in the preparation of federal income tax returns, amended returns, or any other related documents and forms that defendant knows will result in the understatement of any tax liability or the overstatement of federal tax returns (with the exception of himself and his legal spouse);

    c. Engaging in activity subject to penalty under 26 U.S.C. § 6695; and

    d. Engaging in other conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws.

4. Defendant must notify, in writing, all persons whose tax returns he has prepared from January 1, 2010 to the date of the Court's order, of the findings and relief by the Court, including in such notice to each person a copy of the Complaint and of the Court's Final Judgment of Injunction; and that defendant provide plaintiff's attorneys with a list of the names, Social Security numbers, addresses, email addresses, and telephone numbers of all persons so notified within thirty (30) days of the date the Order is entered.

5. The United States may conduct limited post-judgment discovery to ensure defendant's compliance with the terms of this injunction.

6. This Court will retain jurisdiction over this matter and defendant for the purpose of enforcing this injunction.

7. This "FINAL JUDGMENT OF INJUNCTION" is the final judgment in this matter. Defendant herein waives any and all right to appeal from the "FINAL JUDGMENT OF INJUNCTION."

8. Defendant consents to the entry of the "FINAL JUDGMENT OF INJUNCTION" without any further notice, and agrees to be bound by its terms.

9. Defendant agrees that if he violates the "FINAL JUDGMENT OF INJUNCTION," he may be subject to civil and criminal sanctions for contempt of court, including imprisonment.

**IT IS SO ORDERED.**

DATED: September 3, 2015

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA